UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOUSIF H. HALLOUM and IMAN Y. HALLOUM,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO NATIONAL; CLEAR RECON CORP.; WILMINGTON SAVINGS FUND SOCIETY,<br><br>Defendants. | Case No. 2:24-cv-01077-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Pro Se Litigant to File Electronically. ECF No. 9. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

IT IS HEREBY ORDERED that Plaintiffs' Motion for Pro Se Litigant to File Electronically (ECF No. 9) is GRANTED.

IT IS FURTHER ORDER that the Clerk of Court must send Plaintiffs the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that Plaintiffs must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **July 31 2024**.

IT IS FURTHER ORDERED that Plaintiffs are not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiffs must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiffs' CM/ECF account.

Dated this 1st day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1